NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN ALLEN LEE,                          )
                                         )
          Appellant,                     )
                                         )
v.                                       )    Case No.  2D18-1629
                                         )
STATE OF FLORIDA,                        )
                                         )
          Appellee.                      )
                                         )
_____    )

Opinion filed May 24, 2019.

Appeal from the Circuit Court for
Sarasota County; Diana Moreland,
Judge.

Howard L. Dimmig, II, Public Defender,
and Clayton R. Kaeiser, Special Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Cynthia Richards,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


          Affirmed.


LaROSE, C.J., and MORRIS and SALARIO, JJ., Concur.